FILED - WESTERN DIVISION
CLERK, U.S. DISTRICT COURT

APR 30 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| DAVID PENNY,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>DERRAL ADAMS, Warden,<br><br>　　　　　Respondent. | No. CV 07-5708-JSL (AGR)<br><br>**JUDGMENT** |

Pursuant to the order adopting the magistrate judge's report and recommendation,

IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: April 29, 2008

_____
J. SPENCER LETTS
UNITED STATES DISTRICT JUDGE